UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ARCHBISHOP ROBERT HAND et al,

          Plaintiff,

  v.

REV AMOS C BROWN et al,

          Defendant.

                                      /

Case Number: CV07-02825 EDL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 16, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eddie C. Welbon
2158 19th Avenue
San Francisco, CA 94116

Dated: August 16, 2007

                                    Richard W. Wieking, Clerk
                                    By: Lili M. Harrell, Deputy Clerk