FILED
AUG 15 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARCHBISHOP ROBERT HAND,
et al.,

    Plaintiffs,

v.

REV AMOS C BROWN, et al.,

    Defendants.
_____/

No. C **07-02825** EDL

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A DISTRICT JUDGE,**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

```
Re: Request for this case to be reassigned to a FederalDistrict
    Judge.
Dated: August 11th, 2007
```

*/s/ Robert Hand*
Signature

Counsel for _____
(Name or party or indicate "pro se")
Pro Se

3