IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHBISHOP ROBERT HAND, et al., | No. C-07-2825 MMC |
| Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| REV. AMOS C. BROWN, et al., | |
| Defendants. | |

In light of the pending motion to dismiss filed August 23, 2007 by defendant Clinton Killian, and noticed for hearing October 12, 2007, the case management conference currently scheduled for September 14, 2007 is hereby CONTINUED to November 9, 2007 at 10:30 a.m. The parties shall file a joint Case Management Statement no later than November 2, 2007.

**IT IS SO ORDERED.**

Dated: August 27, 2007

MAXINE M. CHESNEY
United States District Judge