1  Clinton Killian, SB 116501
   THE LAW OFFICE OF CLINTON KILLIAN
2  Leamington Building
   1814 Franklin Street, Suite 805
3  Oakland, CA 94612-3527
   Telephone: (510) 625-8823
4  Facsimile: (510) 625-8829  clintonkillian@yahoo.com

5  Attorney for Defendant
   CLINTON KILLIAN
6

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9
                    SAN FRANCISCO DIVISION
10

11
   | ROBERT HAND, et al., | Case No.: C-07-2825 EDL |
   |---|---|
   | Plaintiffs, | **SUPPLEMENTAL POINTS AND AUTHORITIES AND EXHIBITS TO NOTICE OF MOTION AND MOTION TO DISMISS** |
   | v. | |
   | AMOS C. BROWN, et al., | |
   | Defendants. | Date: October 12, 2007<br>Time: 10:00 am |

18     Attached hereto are the exhibits for Defendant CLINTON KILLIAN'S Notice of Motion

19  and Motion to Dismiss filed with this court on August 29, 2007.  Also, attached is the amended

20  Proof of Service accurely reflecting the service of the motion on August 29, 2007.

21              **SUPPLEMENTAL POINTS AND AUTHORITIES**

22     Upon review of Plaintiffs' pleading and their claim of service, there are several other

23  basis for the dismissal of this lawsuit.

24

25

**1**
**SUPPLEMENTAL POINTS AND AUTHORITIES AND EXHIBITS**

## I. FAILURE TO SERVE CLINTON KILLIAN

Plaintiffs have never served this complaint or any other attachment documents on Defendant CLINTON KILLIAN. Plaintiff failed to effectuate service on CLINTON KILLIAN as required by Rule 4(h). Absent proper service of process, the court has no jurisdiction over KILLIAN and the complaint must be dismissed under Rule 12(b)(5). *See Fed. R. Civ. P. 4(c)(1);* **Direct Mail Specialists v. Eclai Computerized Techs., Inc., 840 F.2d 685, 688 (9th Cir. 1988).**

When service is contested, the burden rests with the Plaintiff to show that proper service has been effected. *Cranford v. United States,* **359 F. Supp. 2d 981, 984 (E.D. Cal. 2005) (citations omitted).** The court has broad discretion to dismiss the action against the party challenging service or, in the alternative, to quash service of process. *See Wasson v. Riverside County,* **237 F.R.D. 423, 424 (C.D. Cal. 2006) (citing *Stevens v. Security Pac. Nat'l Bank,* 538, F.2d 1387, 1389 (9th Cir. 1976).**

## II. PLAINTIFF WELBON CANNOT BRING THIS ACTION BECAUSE HE LACKS STANDING AND HE CANNOT REPRESENT OTHER PARTIES.

Standing is a threshold requirement in every federal case. *See Warth v. Seldin,* **422 U.S. 490, 498 (1975).** Plaintiff WELBON is not an attorney, not authorized to practice law, and lacks standing to bring this representative action on behalf of the numerous defendants. In federal court, a *pro se* plaintiff may not seek to represent the interests of third parties. *See Johns v. County of San Diego,* **114 F. 3d 874, 876-77 (9th Cir. 1997);** *DePonceau v. Pataki,* **315 F. Supp. 2d 338, 341 (W.D.N.Y. 2004);** *Jannoccone v. Law,* **142, F.3d 553, 558 (2d Cir. 1998)** (because "pro see means to appear for oneself, a person may not appear on another person's behalf in the other's cause").

Federal law is clear that it is not appropriate to permit a non-lawyer to risk the rights of others in court. *See, e.g., Oxendine v. Williams,* **509 F.2d 1405, 1407 (4th Cir. 1975)** (class representative cannot proceed *pro se* because the competence of a layman is "clearly too limited to allow him to risk the rights of others"); *Lannaccone,* **142 F.3d 553** (administrator of estate

could not proceed *pro se* because the personal interests of others would be affected by the proceedings). While an individual plaintiff may appear *pro se* on his or her own behalf, a plaintiff has "no statutory nor constitutional right to be represented in federal court by a non-lawyer". **DePonceau, 315, F. Supp. 2d at 341;** *see also* **Turner v. American Bar Ass'n., 407 F. Supp. 451, 475 (N.D. Tex. 1975)** ("This Court has found no case which has interpreted [§1654] so as to allow an unlicensed layman to represent a party other than himself in a civil or criminal proceeding."); **Guajardo v. Luna, 432 F.2d 1324, 1325 (5th Cir. 1970)** (indicating that unlike the right to represent oneself, there is "no constitutional guarantee that non-attorneys may represent other people in litigation").

EDDIE WELBON is not a licensed attorney in any jurisdiction. He does not have the authority to represent other parties and he has no standing to make a claim on behalf of any of the Plaintiffs that are listed in this complaint. As a result, the court should dismiss this action with prejudice for the reasons stated in both the original motion and the supplemental points and authorities.

Dated: October 2, 2007            _____\\S\\_____
                                  CLINTON KILLIAN, Defendant

**Hand, et al. v. Killian, et al.**
**U.S. District Court Northern District of CA San Francisco Division**

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ALAMEDA:

I hereby certify that I am employed in the County of Alameda, State of California. I am over the age of 18 and not a party to the within action; my business address is Leamington Building, 1814 Franklin Street, Suite 805, Oakland, California 94612.

On August 29, 2007, I served the foregoing document described as:

**NOTICE OF MOTION TO DISMISS**

on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED**

I am familiar with the office's practice for depositing mail, and that correspondence would be deposited in the mail on the same day, and that the document served was placed for deposit in accordance with the office practice with postage thereon fully prepaid to be placed in the United States mail at Oakland, California.

I declare under penalty of perjury under the laws of the State of California, that the above is true and correct. Executed on this date in Oakland, California

Dated: August 29, 2007                    _____\S_____
                                                        Nicole Hancox

**Hand, et al. v. Killian, et al. Case No. C-07-2825 EDL**
**U.S. District Court Northern District of CA San Francisco Division**

## SERVICE LIST

| | |
|---|---|
| Eddie Welbon<br>2158 19th Ave<br>San Francisco, CA 94116<br>Plaintiffs Alleged Attorney | Gail Berkley, Defendant<br>Address Unknown<br>No Appearance Made |

Amos Brown
1399 McAllister Street
San Francisco, CA 94115
Defendant

Rev. Arthur Burnett
2701 64th Ave Apt 317
Oakland CA 94605-2044
Defendant

Steven Bovarnick
Hunter & Bovarnick
345 Grove Street
San Francisco, CA 94102
Defendant

Toye Moses, Defendant
Address Unknown
No Appearance Made

Atty. Peter Cohen, Defendant
Address Unknown
No Appearance Made

Rev. Joseph Bryant, Defendant
Address Unknown
No Appearance Made

Cathy Cook, Defendant
Address Unknown
No Appearance Made

Amelia Ashley-Ward, Defendant
Address Unknown
No Appearance Made

**Hand, et al. v. Killian, et al.**
**U.S. District Court Northern District of CA San Francisco Division Case No: C-07-2825 EDL**

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ALAMEDA:

I hereby certify that I am employed in the County of Alameda, State of California.  I am over the age of 18 and not a party to the within action; my business address is Leamington Building, 1814 Franklin Street, Suite 805, Oakland, California  94612.

On October 2, 2007, I served the foregoing document described as:

**SUPPLEMENTAL POINTS AND AUTHORITES AND EXHIBITS TO NOTICE OF MOTION TO DISMISS**

on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED**

I am familiar with the office's practice for depositing mail, and that correspondence would be deposited in the mail on the same day, and that the document served was placed for deposit in accordance with the office practice with postage thereon fully prepaid to be placed in the United States mail at Oakland, California.

I declare under penalty of perjury under the laws of the State of California, that the above is true and correct.  Executed on this date in Oakland, California

Dated:  October 2, 2007                                          _____\S_____
                                                                                    Nicole Hancox

**Hand, et al. v. Killian, et al. Case No. C-07-2825 EDL**
**U.S. District Court Northern District of CA San Francisco Division**

## SERVICE LIST

| | |
|---|---|
| Eddie Welbon<br>2158 19th Ave<br>San Francisco, CA 94116<br>Plaintiffs Alleged Attorney | Gail Berkley, Defendant<br>Address Unknown<br>No Appearance Made |

Amos Brown
1399 McAllister Street
San Francisco, CA 94115
Defendant

Rev. Arthur Burnett
2701 64th Ave Apt 317
Oakland CA 94605-2044
Defendant

Steven Bovarnick
Hunter & Bovarnick
345 Grove Street
San Francisco, CA 94102
Defendant

Toye Moses, Defendant
Address Unknown
No Appearance Made

Atty. Peter Cohen, Defendant
Address Unknown
No Appearance Made

Rev. Joseph Bryant, Defendant
Address Unknown
No Appearance Made

Cathy Cook, Defendant
Address Unknown
No Appearance Made

Amelia Ashley-Ward, Defendant
Address Unknown
No Appearance Made

**7**
**SUPPLEMENTAL POINTS AND AUTHORITIES AND EXHIBITS**