1  Joshua Koltun (Cal. Bar. 173040)
   Attorney
2  101 California Street
   Suite 2450, No. 500
3  San Francisco, CA 9411
   Telephone:   (415) 680-3410
4  Facsimile:   (866) 462-5959
5  joshua@koltunattorney.com

6  Attorney for Defendants Rev. Amos Brown,
   Rev. Joseph Bryant, Peter Cohn
7  (sued as "Peter Cohen,"), Cassie Cook
   (sued as "Cathy Cook"); Dr. Toye Moses,
8  and Amelia Ashley-Ward
   (the "NAACP Defendants")
9

10

11                 IN THE UNITED STATES DISTRICT COURT

12              FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                        SAN FRANCISCO DIVISION

14

| | |
|---|---|
| ARCHBISHOP ROBERT HAND, ARCHBISHOP LILLIE JEFFERSON, ARCHBISHOP GRACE JEFFERSON, ARCHBISHOP JACKIE WILLIAMS, ARCHBISHOP RUBY HILL, and ARCHBISHIP EDDIE C. WELBON,<br><br>   Plaintiffs,<br><br> v.<br><br>REV. AMOS C. BROWN, CLINTON KILLIAN, ATTORNEY TOYE MOSES, REV. ARTHUR BURNETT, ATTORNEY PETER COHEN, REV. JOSEPH BRYANT, CATHY COOK, AMELIA ASHLEY-WARD GALE BERKELEY, and STEVEN BOVARNICK,<br><br>   Defendants. | Case No.:  C 07-02825 MMC7<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Joshua Koltun, Attorney, 101 California Street, Suite 2450, No. 500, 94111.

On **October 4, 2007**, I served the following documents:

NAACP DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS

NAACP DEFENDANTS' REQUEST FOR JUDICIAL NOTICE

[PROPOSED] ORDER

I placed a true copy of the document(s) listed above in a separate and sealed envelope for each person listed below, for collection and mailing with postage fully prepaid by following the ordinary business practices of this firm. I am readily familiar with this firm's practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as the correspondence is placed for collection. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing an affidavit.

Eddie Welbon
2158 19th Avenue
San Francisco CA 94116

Steven Bovarnick
Hunter & Bovarnick
345 Grove Street
San Francisco CA 94102

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on **October 4, 2007**, at San Francisco, California.

_____/s/_____
Joshua Koltun

-1-

PROOF OF SERVICE                                           CASE NO. C 07-02825 MMC