1  Joshua Koltun (Cal. Bar. 173040)
   Attorney
2  101 California Street
   Suite 2450, No. 500
3  San Francisco, CA 9411
4  Telephone:    (415) 680-3410
   Facsimile:    (866) 462-5959
5  joshua@koltunattorney.com

6  Attorney for Defendants Rev. Amos Brown,
7  Rev. Joseph Bryant, Peter Cohn
   (sued as "Peter Cohen,"), Cassie Cook
8  (sued as "Cathy Cook"); Dr. Toye Moses,
   and Amelia Amelia Ashley-Ward
9  (the "NAACP Defendants")

10
                IN THE UNITED STATES DISTRICT COURT
11
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
12
                         SAN FRANCISCO DIVISION
13

14

| | |
|---|---|
| ARCHBISHOP ROBERT HAND, ARCHBISHOP LILLIE JEFFERSON, ARCHBISHOP GRACE JEFFERSON, ARCHBISHOP JACKIE WILLIAMS, ARCHBISHOP RUBY HILL, and ARCHBISHIP EDDIE C. WELBON,<br><br>                Plaintiffs,<br><br>        v.<br><br>REV. AMOS C. BROWN, CLINTON KILLIAN, ATTORNEY TOYE MOSES, REV. ARTHUR BURNETT, ATTORNEY PETER COHEN, REV. JOSEPH BRYANT, CATHY COOK, AMELIA ASHLEY-WARD GALE BERKELEY, and STEVEN BOVARNICK,<br><br>                Defendants. | Case No.:  C 07-02825 MMC7<br><br>**[PROPOSED] ORDER**<br><br>Date:  November 16, 2007<br>Time: 9:00 am<br>Place: Courtroom 7<br>Judge: Hon. Maxine M. Chesney |

1  This matter comes before the Court on the Motion to Dismiss of the NAACP Defendants,
2  namely the Rev. Amos Brown, the Rev. Joseph Bryant, Peter Cohn (sued as "Peter Cohen,"), Cassie
3  Cook (sued as "Cathy Cook"); Dr. Toye Moses, and Amelia Ashley-Ward.   After considering the
4  arguments of counsel and *pro se* plaintiff, and after taking judicial notice of the matters requested in
5  NAACP Defendants' Request for Judical Notice, the Court hereby rules and orders as follows:
6      1.    The First and Second Causes of Action fail to state a federal claim;
7      2.    Because the First and Second Causes of Action are patently frivolous, the Court has
8  no supplemental jurisdiction over the pendent state causes of action;
9      3.    Assuming *arguendo* that this Court has any supplemental jurisdiction over the
10 pendent state causes of action, this Court declines to exercise its discretion to retain supplemental
11 jurisdiction over such pendent state causes of action; and
12     4.    The Complaint in its entirety is therefore DISMISSED.

      IT IS SO ORDERED
      Dated:

                                          _____
                                          The Honorable Maxine M. Chesney
                                          United States District Judge