IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHBISHOP ROBERT HAND, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>REV. AMOS C. BROWN, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C-07-2825 MMC<br><br>**ORDER VACATING HEARING ON DEFENDANT KILLIAN'S MOTION TO DISMISS** |

　　　Before the Court is defendant Clinton Killian's motion to dismiss, filed August 23, 2007, and scheduled for hearing October 12, 2007. See Notice of Motion to Dismiss, filed August 23, 2007; Order Continuing Case Management conference, filed August 27, 2007. Pursuant to the Civil Local Rules of this District, opposition was due no later than September 21, 2007. See Civil L.R. 7-3 (requiring opposition to be filed no less than 21 days before hearing date). To date, no opposition has been filed.

　　　Accordingly, the Court deems the matter appropriate for determination on the moving papers, hereby VACATES the October 12, 2007 hearing, and deems the matter submitted.

　　　**IT IS SO ORDERED.**

Dated: October 10, 2007

　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　United States District Judge