**United States District Court**

For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9   ARCHBISHOP ROBERT HAND, et al.,           No. C 07-2825 MMC

10                    Plaintiffs,             **ORDER CONTINUING CASE
                 v.                            MANAGEMENT CONFERENCE**
11
    REV. AMOS C. BROWN, et al.,
12
                     Defendants.
13   _____/

14

15       In light of the NAACP Defendants' Motion to Dismiss, noticed for hearing

16   November 16, 2007, the Case Management Conference in the above-titled action is hereby

17   CONTINUED from November 9, 2007 to December 14, 2007 at 10:30 a.m.

18       **IT IS SO ORDERED.**

19

20   Dated: October 12, 2007

21                                            _____
                                              MAXINE M. CHESNEY
22                                            United States District Judge

23

24

25

26

27

28