Joshua Koltun (Cal. Bar. 173040)
Attorney
101 California Street
Suite 2450, No. 500
San Francisco, CA 9411
Telephone:   (415) 680-3410
Facsimile:    (866) 462-5959
joshua@koltunattorney.com

Attorney for Defendants Rev. Amos Brown,
Rev. Joseph Bryant, Peter Cohn
(sued as "Peter Cohen,"), Cassie Cook
(sued as "Cathy Cook"); Dr. Toye Moses,
and Amelia Ashley-Ward
(the "NAACP Defendants")

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARCHBISHOP ROBERT HAND, ARCHBISHOP LILLIE JEFFERSON, ARCHBISHOP GRACE JEFFERSON, ARCHBISHOP JACKIE WILLIAMS, ARCHBISHOP RUBY HILL, and ARCHBISHOP EDDIE C. WELBON,<br><br>Plaintiffs,<br><br>v.<br><br>REV. AMOS C. BROWN, CLINTON KILLIAN, ATTORNEY TOYE MOSES, REV. ARTHUR BURNETT, ATTORNEY PETER COHEN, REV. JOSEPH BRYANT, CATHY COOK, AMELIA ASHLEY-WARD GALE BERKELEY, and STEVEN BOVARNICK,<br><br>Defendants. | Case No.:  C 07-02825 MMC<br><br>**NAACP DEFENDANTS' OBJECTION TO CONSIDERATION OF PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS (LOCAL RULE 5-6).**<br><br>Date: November 16, 2007<br>Time: 9:00 am<br>Place: Courtroom 7<br>Judge: Hon. Maxine M. Chesney |

1  The NAACP Defendants respectfully request that this Court, pursuant to Local Rule 5-6, disregard Plaintiff's Opposition to the NAACP Defendants' Motion to Dismiss, on the ground that the Opposition has never been served and, moreover, that the Opposition was in any event untimely filed.

On October 4, 2007, the NAACP Defendants filed a motion to dismiss, and set the hearing for November 16, 2007.  Under Local Rule 7-3, Plaintiff was obliged to file any opposition by October 26, and the NAACP Defendants' reply to any opposition would have been due on November 2.  Plaintiff had more than the required time under the Local Rules to prepare, file and serve an opposition.  On November 30, NAACP counsel received electronic notification from the court that Plaintiff had filed an (untimely) Opposition on that date.  Although the case is an efiling case, Plaintiff did not file the Opposition through the efiling system, in violation of this Court's General Order 45.  Nor has Plaintiff served NAACP Defendants' counsel *at all --* either electronically or by any other means, let alone served such Opposition by the due date (Local Rules 5-4 and 5-5). (The Opposition cannot be electronically accessed through PACER, since it was not filed electronically).

Under Local Rule 5-6, any paper or pleading "may be disregarded by the Judge if an adverse party objects on the ground of lack of service."  NAACP Defendants respectfully request that the Opposition in this case be disregarded for this reason.[1]

DATED:  November 1, 2007

/s/
Joshua Koltun
Attorney for the NAACP Defendants

---

[1] Alternatively, if the Court determines that Plaintiffs' failure to file a timely opposition or to serve counsel with such Opposition is to be excused, NAACP Defendants' counsel respectfully requests that the hearing be rescheduled to a date that would give counsel a full opportunity to respond to the Opposition (once it has been served), and respectfully asks the Court to take into account that NAACP counsel had previously scheduled a trip to New York for one week beginning on November 3, in order to attend professional conferences/functions, to meet with clients, and for a brief family visit.

-1-

NAACP DEFENDANTS' OBJECTION TO CONSIDERATION                                    CASE NO. C 07-02825 MMC

PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Joshua Koltun, Attorney, 101 California Street, Suite 2450, No. 500, San Francisco CA 94111.

On **November 1, 2007,** I served the following documents:

NAACP DEFENDANTS' OBJECTION TO CONSIDERATION

I placed a true copy of the document(s) listed above in a separate and sealed envelope for each person listed below, for collection and mailing with postage fully prepaid by following the ordinary business practices of this firm. I am readily familiar with this firm's practice for collecting and processing of correspondence for overnight delivery by Federal Express; the practice being that, in the ordinary course of business, correspondence with delivery fully prepaid is deposited with a Federal Express facility the same day as the correspondence is placed for collection.

Eddie Welbon
2158 19th Avenue
San Francisco CA 94116

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on **November 1, 2007**, at San Francisco, California.

_____/s/_____
Joshua Koltun