IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARCHBISHOP ROBERT HAND, et al.,     No. C-07-2825 MMC

    Plaintiffs,     **ORDER DENYING DEFENDANT CLINTON KILLIAN'S MOTION TO DISMISS AS MOOT**

  v.

REV. AMOS C. BROWN, et al.,

    Defendants.
_____/

    Before the Court is defendant Clinton Killian's ("Killian") motion to dismiss pursuant to Rules 8, 12(b)(1), and 12(b)(6) of the Federal Rules of Civil Procedure. In light of the Court's ruling on defendants Rev. Amos Brown, Rev. Joseph Bryant, Peter Cohen, Cathy Cook, Dr. Toye Moses, and Amelia Ashley-Ward's ("NAACP Defendants") motion to dismiss, by separate order filed concurrently herewith, wherein plaintiffs' complaint is dismissed with prejudice against all defendants, Killian's motion is hereby DENIED AS MOOT.

    **IT IS SO ORDERED.**

Dated: December 10, 2007          MAXINE M. CHESNEY
United States District Judge