IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARCHBISHOP ROBERT HAND, et al.,

        No. CV-07-2825 MMC

    Plaintiffs,

**JUDGMENT IN A CIVIL CASE**

 v.

REV. AMOS C. BROWN, et al.,

    Defendants.
_____/

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the NAACP Defendants' motion to dismiss is hereby GRANTED, and plaintiffs' complaint is hereby DISMISSED as to the NAACP Defendants; further, plaintiffs' complaint is hereby DISMISSED as to all remaining defendants. With respect to plaintiffs' state law claims, any such dismissal is without prejudice to plaintiffs' refiling such claims in state court.

Dated: December 10, 2007                              Richard W. Wieking, Clerk

                                                                *Tracy Lucero*

                                                                 By: <u>Tracy Lucero</u>
                                                                     <u>Deputy Clerk</u>