IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHBISHOP ROBERT HAND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> REV. AMOS C. BROWN, et al., <br><br> Defendants. | No. C-07-2825 MMC <br><br> **ORDER DENYING PLAINTIFFS' MOTION TO REINSTATE AND SET ASIDE ORDER** |

    The Court is in receipt of plaintiffs' "Motion to Reinstate and Set Aside Order of December 10th, 2007 & Dismiss Action Rev. Joseph Bryant, Atty. Peter Cohen, Cathy Cook, Amelia Ashley-Ward, Gale Berkeley, Clinton Killian Atty. Steven Bovarnick," filed January 2, 2008. Plaintiffs state the judgment entered in the instant matter contains a clerical error, specifically, a statement that the matter was tried to a jury. Plaintiffs are incorrect. The judgment form contains two options, "Jury Verdict" and "Decision by Court." (See Judgment in a Civil Case entered December 10, 2007.) Only the latter has been checked by the Clerk. Plaintiffs further argue they were improperly denied a jury trial. The Court, however, found defendants were entitled to a dismissal and, consequently, plaintiffs are not entitled to a trial.

    Accordingly, the request is hereby DENIED.

    **IT IS SO ORDERED.**

Dated: January 14, 2008

                                        MAXINE M. CHESNEY <br>
                                        United States District Judge